**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jordanie LACORSE, a/k/a Joe Danny, a/k/a Joe Denny, Defendant–Appellant.**

No. 01–6604.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 31, 2001.

Decided Oct. 10, 2001.

Jordanie Lacorse, pro se. Clifton Thomas Barrett, Assistant United States Attorney, Greensboro, NC, for appellee.

Before WIDENER, NIEMEYER, and MOTZ, Circuit Judges.

PER CURIAM.

Jordanie Lacorse seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting

the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Lacorse,* Nos. CR–97–114; CA–99–1108–1 (M.D.N.C. filed Mar. 15, 2001; entered Mar. 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*